UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-103(CKK) |
| | : | |
| v. | : | MAGISTRATE NO. 08-197M(CR) |
| | : | |
| JAMES MATTHEWS, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 922(j) |
| Defendant. | : | (Receiving, Selling, or Disposing of a |
| | : | Stolen Firearm) |

## INFORMATION

### COUNT ONE

On or about March 20, 2008, within the District of Columbia, **JAMES MATTHEWS** did knowingly possess a firearm, that is, a Bersa .380 caliber automatic handgun, which has been shipped or transported in interstate foreign commerce, knowing or having reasonable cause to believe the firearm was stolen.

(**Receiving, Selling, or Disposing of a Stolen Firearm**, in violation of Title 18, United States Code, Section 922(j) and 924(a)(2))

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610


BY:     /s/
CHARLES N. FLOYD
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W., Room 4243
Washington, DC 20530
(202) 305-2195