AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

WAIVER OF INDICTMENT

CASE NUMBER: 08-103

**FILED**

JUN - 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, *A. Matthews*, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **6-2-08** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*A. Matthews*
Defendant

*Rita Bosworth*
Counsel for Defendant

Before _*Colleen Kollar-Kotelly*_
Judicial Officer