UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. 08-103 (CKK) |
| JAMES MATTHEWS, | : |
| Defendant. | : |

FILED

JUN - 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, James Matthews, stipulate and agree that the following facts are true. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that the defendant committed the offense to which he is pleading guilty.

On March 20, 2008, three Deputy United States Marshals accompanied a moving crew to serve an eviction order ~~at Mr. Matthews's residence located~~ at 1600 Frankford Street, S.E., Apartment # 203. During the execution of the eviction order, one of the deputies saw the butt of a black and silver pistol protruding from Mr. Matthews's back pocket. After this observation was made, Mr. Matthews ran away from the house and went inside an apartment building at 1625 Morris Road, where he discarded the firearm under a door mat on the second floor. The deputies pursued Mr. Matthews, arrested him, and recovered the firearm, which was a Bersa .380 caliber semiautomatic handgun. It was loaded with seven rounds and was operable. At the time he possessed the firearm, Mr. Matthews knew that it was stolen. The firearm and ammunition, which Mr. Matthews possessed, were not manufactured in the District of Columbia and therefore traveled in interstate commerce.

Rev. 8/17/05 jrr                        6

DEFENDANT'S ACKNOWLEDGMENT

     I have read and discussed the Statement of Offense with my attorney, Rita Bosworth, Esquire. I agree, and acknowledge by my signature that this Statement of Offense is true and correct.

Date: 6-2-08

James Matthews

Date: 6-2-08

Rita Bosworth, Esq.
Attorney for James Matthews

Rev. 8/17/05 jrr

7