UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN - 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | CRIMINAL NO. 08-103 |
| | : | Judge Colleen Kollar-Kotelly |
| | : | |
| JAMES MATTHEWS | : | |
| | : | |
| Defendant | : | |

## ORDER

The probation office shall file its Presentence Report by no later than AUGUST 15, 2008.

The Parties shall file its Memorandum in Aid of Sentencing by no later than AUGUST 1, 2008, it is further;

The Parties shall file any Responses by no later than AUGUST 22, 2008, it is further;

ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor on AUGUST 29, 2008 AT 9:00 A.M.

IT IS SO ORDERED,

Date: June 9, 2008

Colleen Kollar-Kotelly
United States District Judge

cc:  Chambers          Pretrial
     Files             Charles Floyd, AUSA
     Probation         Rita Bosworth, AFPD

(N)