IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr. Case No. 08-103 (CKK) |
| | : | |
| **JAMES DORNELL MATTHEWS,** | : | |
| | : | |
| | : | |
| Defendant. | : | |

NOTICE OF CHANGE IN COUNSEL
FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender, Tony W. Miles has assumed responsibility for the defense of James D. Matthews in the above-captioned case. Mr. Matthew's case had previously been assigned to Assistant Federal Public Defender, Rita B. Bosworth.

                                              Respectfully submitted,

                                              /s/
                                              Tony W. Miles
                                              Assistant Federal Public Defender
                                              625 Indiana Avenue, N.W.
                                              Washington, D.C.  20004
                                              (202) 208-7500