IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 08CR103 (CKK) |
| JAMES MATTHEWS | : Next Date:   August 29, 2008 |
| Defendant. | : |

**ORDER**

**FILED**

AUG 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UPON CONSIDERATION of the government's Motion for Leave to File an Government's Memorandum in Aid of Sentencing, and for good cause shown, it is, this 22 day of August 2008,

ORDERED that the motion be and hereby is GRANTED. *nunc pro tunc*

COLLEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE